DANIEL W. LYNCH et al., Respondents, *v.* ORIENT INSURANCE COMPANY, Appellant, and ROSE W. P. NESTER, Respondent.

*Lynch v. Orient Ins. Co.*, 178 App. Div. 953, affirmed.
(Submitted March 13, 1919; decided April 8, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 25, 1917, affirming a judgment in favor of plaintiffs and defendant, respondent, entered upon a verdict in an action to recover upon a policy of fire insurance. The complaint alleged that the loss exceeded the amount of insurance; that two of the appraisers were incompetent and not disinterested; that plaintiffs had protested against any further proceeding being taken by them and that the appraisal had thereupon been abandoned. The answer alleged that after the action was commenced two of the three appraisers had ma e an award by which the loss was fixed at less than claimed in the complaint.

*Hiram R. Wood* for appellant.
*W. Smith O'Brien* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.